MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
SEETAL TEJURA, Chief Deputy City Attorney
California State Bar No. 227830
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856
    Email: stejura@sandiego.gov

Attorneys for Defendants City of San Diego
and Michael Ragsac

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS PLOESSER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, MICHAEL RAGSAC and DOES 1-10,<br><br>    Defendants. | Civil Case No. **'20 CV2511 BEN LL**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**[28 U.S.C. § 1446]**<br><br>(San Diego Superior Court Case No: 37-2020-00042161-CU-PO-CTL) |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant MICHAEL RAGSAC hereby removes this action to the United States District Court for the Southern District of California under 28 U.S.C. §§ 1331, 1441 and 1446, and Federal Rules of Civil Procedure, Rule 81(c) in the civil action entitled *Marcus Ploesser v. City of San Diego, et al.*, Case No. 37-2020-00042161-CU-PO-CTL. Defendant CITY OF SAN DIEGO expressly joins and consents to this removal.

## STATEMENT OF GROUNDS FOR REMOVAL

1.     The action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *Marcus Ploesser v. City of San Diego, et al.*, Case No. 37-2020-00042161-CU-PO-CTL, was commenced on November 18,

2020. The Complaint and Summons were served on Defendant Officer Michael Ragsac on or about December 17, 2020, and on Defendant City of San Diego on November 30, 2020.

2. Pursuant to 28 U.S.C. § 1446, copies of the pleadings and papers served on the removing Defendants in the above-described action are included with this Notice of Removal as follows:

**EXHIBIT 1:** "Plaintiff's Complaint for Damages and Request for Jury Trial";

**EXHIBIT 2:** Summons served upon Defendant Michael Ragsac; and

**EXHIBIT 3:** Summons served upon City of San Diego, with Notice and Acknowledgement of Receipt.

3. The action pending in the state court contains a civil rights claim under 42 U.S.C.§ 1983 and the Fourth Amendment of the United States Constitution against Defendant Officer Michael Ragsac. (Ex. 1 at pp. ¶¶ 20-26.) Accordingly, and pursuant to the provisions of 28 U.S.C. § 1331, this Honorable Court has original federal question jurisdiction of the action. This Court also enjoys supplemental jurisdiction under 28 U.S.C. § 1367 for the asserted state claims that are alleged as they arise under the same transactions or occurrences.

4. Since the action is one within the federal question jurisdiction of the federal district courts, the action is removable to federal court without regard to citizenship of the parties under 28 U.S.C. § 1441(b). Plaintiffs have not alleged a claim that is not within the original or supplemental jurisdiction of the court.

5. Consent to Removal- Defendant City of San Diego. Defendant City of San Diego consents to and joins in the removal of this action.

6. Consent to Removal- DOE Defendants. Upon information and belief, "DOES 1 through 10" have not been named or service, and their consent is therefore note required. 28 U.S.C. § 1446(b)(2)(A).

///

7. Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days of service of process of the original complaint stating a claim within federal jurisdiction, which was on or about December 17 and November 30, 2020. (Exs. 2-3.)

8. In compliance with 28 U.S.C. §1446(d), Defendants will serve Plaintiffs' attorney with a copy of this Notice of Removal and its attachments. Defendants will also provide written notice to the clerk of the State Court with a copy of this Notice of Removal attached thereto.

Dated:  December 29, 2020         MARA W. ELLIOTT, City Attorney

By  *s/ Seetal Tejura*
    Seetal Tejura
    Chief Deputy City Attorney
    stejura@sandiego.gov

Attorneys for Defendants City of San Diego and Michael Ragsac