|   |   |
|---|---|
| MARKUS PLOESSER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO;<br>MICHAEL RAGSAC; and<br>DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20cv2511-BEN-LL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE FEBRUARY 19, 2021 EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 4]** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On January 14, 2021, the parties filed a Joint Motion to Continue the February 19, 2021 Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") to March 1, 2021 or later. ECF No. 4. In support, the parties state that (1) Defendant Ragsac is getting married on February 19, 2021 and will be taking a road trip the following week with his wife, and (2) Plaintiff's counsel has a teaching obligation on February 19, 2021. Id. at 2.

Having considered the Joint Motion, the Court finds good cause to **GRANT** the Joint Motion and continue the videoconference ENE and CMC to **March 2, 2021** at **10:00 a.m.**

///

///

Additionally, the parties shall submit their confidential ENE statements and participants' information on or before **February 22, 2021**. All other deadlines and requirements remain as previously set. <u>See</u> ECF No. 3.

      **IT IS SO ORDERED**.

Dated:  January 15, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge