UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS PLOESSER,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO, MICHAEL RAGSAC and DOES 1-10,<br><br>   Defendants. | Case No.: 20cv2511-BEN-LL<br><br>**ORDER GRANTING JOINT EMERGENCY MOTION TO EXCUSE DEFENDANT MICHAEL RAGSAC'S ATTENDANCE AT THE MARCH 2, 2021 EARLY NEUTRAL EVALUATION**<br><br>[ECF No. 7] |

On March 1, 2021, the parties filed a joint emergency motion asking the Court to excuse the attendance of Defendant Michael Ragsac at the March 2, 2021 Early Neutral Conference ("ENE") and Case Management Conference ("CMC") due to a scheduling conflict and his obligation to provide live testimony in a criminal matter in South Bay.

/ / /

/ / /

/ / /

/ / /

1

Having considered said Motion and finding good cause, the Court **GRANTS** the Motion and excuses Officer Ragsac from appearing at the March 2, 2021 ENE and CMC.

IT IS SO ORDERED.

Dated:  March 1, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge